# EXHIBIT B

Charted Claims:

Method Claim:1

| US9986435 | MRI Software Onlocation App ("The Accused System") |
|---|---|
| 1. A method to perform an action, comprising:<br><br>receiving, by a first device located at a first geographical location, one or more messages that: | The accused system practices a method to perform an action (e.g., enabling user for sign in or sign out), comprising: receiving, by a first device (e.g., MRI Software Onlocation App server) located at a first geographical location (e.g., geographical location of a MRI Software Onlocation App data centre), one or more messages (e.g., geolocation information messages from a mobile device enabled with MRI Software Onlocation App, messages with location updates from a mobile device enabled with MRI Software Onlocation App).<br><br>Protect the people and places that power your organization with MRI OnLocation<br><br>Track and manage onsite employees, visitors, and contractors with touchless workplace sign-in, desk booking, wellness checks, and more.<br><br>https://www.mrisoftware.com/products/onlocation/ |

  

| Visitor | Contractor | Employee |
|---|---|---|
| Manage employee profiles, permissions, and presence to support your site security. Use WolMobile for an easy, no-touch sign in to track who is on and off-site and those working alone. | Manage contractors' attendance, hazard notice compliance, and induction management across multiple facilities. All backed with powerful reporting and insight. | Manage employee profiles, permissions, and presence to support your site security. Use WolMobile for an easy, no-touch sign in to track who is on and off-site and those working alone. |
| Learn more | Learn more | Learn more |

https://www.mrisoftware.com/products/onlocation/

**WhosOnLocation is now part of the MRI family**
WhosOnLocation is now MRI OnLocation, providing global workplace safety and security solutions.

FIND OUT MORE

**Management the entire people process from employee sign in to lone worker management**

Make it easy for employees to register when they are on and off-site using our OnLocation mobile app. Simply set up a geofence and when employees enter or exist the geofence they will be tagged on and off-site automatically.

https://www.mrisoftware.com/solutions/employee-management-software/employee-sign-in/

| | |
|---|---|
| | **Automatic employee check in/out**<br><br>Use the OnLocation mobile app for automatic, location-based employee sign in/out. Employees can use the app to check in for work remotely, read safety briefings as they arrive on-site and receive push notifications with safety messages or visitor arrival notices.<br><br>https://www.mrisoftware.com/solutions/employee-management-software/employee-sign-in/ |



https://www.mrisoftware.com/products/onlocation/touchless-entry/



https://play.google.com/store/apps/details?id=com.whosonlocation.wolmobile2

5

| | |
|---|---|
| | **OnLocation Mobile** About this app  The best workplace safety app is one that keeps track of who's on-site automatically.  If your organization uses MRI OnLocation, the mobile app is the perfect partner. Sign in and out for work using your smartphone's geolocation and receive important safety updates via Instant Messages.  AUTOMATIC SIGN IN / OUT Never forget to sign in / out for work again with our smart geofencing technology.  WORKING REMOTELY Sign in for work wherever you are - receive important notifications and allow your employer to check in with you when working from home or out in the field.  https://play.google.com/store/apps/details?id=com.whosonlocation.wolmobile2 |
| indicate geographical location information of a second device located at a second geographical location, and | The accused system practices receiving, at a first device (e.g., MRI Software Onlocation App server), a message which indicates geographical location information (e.g., location of mobile device enabled with MRI Software Onlocation App) of a second device located at a second geographical location (e.g., mobile device enabled with MRI Software Onlocation App).  As shown below, a device enabled with the MRI Software Onlocation App sends location information to an MRI Software Onlocation App server which uses the location of user to allow the user for sign in or sign out. |

6



https://www.mrisoftware.com/solutions/employee-management-software/employee-sign-in/

https://www.mrisoftware.com/solutions/employee-management-software/employee-sign-in/

7



https://www.mrisoftware.com/products/onlocation/touchless-entry/



https://play.google.com/store/apps/details?id=com.whosonlocation.wolmobile2

9

| | |
|---|---|
| | **OnLocation Mobile**<br>About this app<br><br>The best workplace safety app is one that keeps track of who's on-site automatically.<br><br>If your organization uses MRI OnLocation, the mobile app is the perfect partner. Sign in and out for work using your smartphone's geolocation and receive important safety updates via Instant Messages.<br><br>AUTOMATIC SIGN IN / OUT<br>Never forget to sign in / out for work again with our smart geofencing technology.<br><br>WORKING REMOTELY<br>Sign in for work wherever you are - receive important notifications and allow your employer to check in with you when working from home or out in the field.<br><br>https://play.google.com/store/apps/details?id=com.whosonlocation.wolmobile2 |
| include a request for a first action to be performed by the first device, wherein the one or more messages are received from the second device, and wherein the geographical location information of the second device acts as authentication to allow the first action to be performed by the first device; and | The accused system practices receiving, at a first device (e.g., MRI Software Onlocation App server), a message which includes a request (e.g., sign in or sign out request) for a first action (e.g., enabling user for sign in or sign out) to be performed by the first device (e.g., MRI Software Onlocation App server), wherein the one or more messages (e.g., messages with location updates from a mobile device enabled with MRI Software Onlocation App) are received from the second device (e.g., the mobile device enabled with MRI Software Onlocation App and wherein the geographical location information (e.g., location of mobile device enabled with MRI Software Onlocation App) of a second device (e.g., mobile device enabled with MRI Software Onlocation App) acts as authentication to allow the first action (e.g., location information will authenticate user for sign in, sign out, etc.) to be performed by the first device (e.g., MRI Software Onlocation App server).<br><br>The location information of the second device (e.g., location of mobile enabled with MRI Software Onlocation App) acts as authentication to allow the first action (e.g., enabling user for sign in or sign out, etc.) because it |

permits the first device (e.g., MRI Software Onlocation App server) to perform the first action (e.g., enabling user for sign in or sign out, etc.).



https://www.mrisoftware.com/solutions/employee-management-software/employee-sign-in/

https://www.mrisoftware.com/solutions/employee-management-software/employee-sign-in/

11





https://play.google.com/store/apps/details?id=com.whosonlocation.wolmobile2

| | |
|---|---|
| |  |
| autonomously performing, based at least on the received one or more messages, by the first device, the authenticated first action. | The accused system practices autonomously performing, based at least on the received one or more messages (e.g., location information update related message), by the first device (e.g., MRI Software Onlocation App server), the authenticated first action (e.g., enabling user for sign in, sign out, etc.).<br><br>As shown below, when a user with MRI Software Onlocation App installed enters or stays within certain area/geofence set by MRI Software Onlocation server's administrator, the user will be able to sign in or sign out within the geofence whereas outside the geofence, clocking operations are prohibited. |



https://www.mrisoftware.com/solutions/employee-management-software/employee-sign-in/

https://www.mrisoftware.com/solutions/employee-management-software/employee-sign-in/

15





https://play.google.com/store/apps/details?id=com.whosonlocation.wolmobile2

